**Order filed February 6, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00072-CR
_____

**RUDOLPH HARDIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No 7**
**Travis County, Texas**
**Trial Court Cause No. C-1-CR-16-402535**

## ORDER

The clerk's record in this appeal was filed January 19, 2018. Our review has determined that a relevant item has been omitted from the clerk's record.  See Tex. R. App. P. 34.5(c).  The record does not contain the notice of appeal

The Travis County Clerk is directed to file a supplemental clerk's record on or before **February 16, 2018**, containing the notice of appeal.

If the omitted item is not part of the case file, the district clerk is directed to

file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM